IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

IN RE: EMPLOYMENT            )
DISCRIMINATION LITIGATION    )
AGAINST THE STATE OF         )
ALABAMA, et al.,             )
                             )
EUGENE CRUM, JR., et al.,    )
                             )
    Plaintiffs,              )    2:07cv 448-MHT
                             )
    v.                       )    CIVIL ACTION NO.
                             )    2:94cv356-MHT
STATE OF ALABAMA, et al.,    )
                             )
    Defendants.              )

ORDER

It is ORDERED as follows:

(1) The motion to intervene (Doc. No. 353) is
    granted.

(2) Any related complaint-in-intervention is
    converted to a separate lawsuit.

(3) The clerk of the court is to set up a separate
    lawsuit and file for the complaint-in-

intervention.   Counsel for the intervenor and
the defendants are to let the clerk of the court
know forthwith what filings she needs to include
in this separate lawsuit.

The court believes that any related complaint-in-intervention should proceed as a separate lawsuit.

DONE, this the 18th day of May, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE