IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| ALVA MOORE, et al.,           ) | |
| )                             | |
|    Plaintiff,  ) | |
| )                             | |
| v.                            ) | CIVIL ACTION NO.: |
| )                             | 2:07-cv-00448-MHT-CSC |
| )                             | |
| )                             | |
| THE STATE OF ALABAMA, et al,  ) | |
| )                             | |
|    Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW Thomas O. Sinclair, Andrew P. Campbell, Wendy T. Tunstill and Amy L. Stuedeman and move to withdraw as counsel for Defendants in this case and as grounds therefore, state that Defendants are represented by Brandy Murphy Lee of this firm who has already appeared in the case.

                                                Respectfully Submitted,

                                                /s/ Thomas O. Sinclair
                                                Thomas O. Sinclair

Thomas O. Sinclair (SIN018)
Andrew P. Campbell (CAM006)
Wendy T. Tunstill (TUN006)
Amy L. Stuedeman
CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
Ph:    (205) 803-0051
Fax:   (205) 803-0053
E-mail:  tsinclair@cwp-law.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 22nd day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

Alice Ann Byrne
Alabama State Personnel Department
64 North Union Street
Montgomery, AL 36130

Margaret L. Fleming
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Patrick Hanlon Sims
Cabaniss Johnston Gardner Dumas &
O'Neal
P. O. Box 2906
Mobile, AL 36652-2906

William Kenneth Thomas
William F. Gardner
Cabaniss, Johnston, Gardner, Dumas
& O'Neal
Park Place Tower, Suite 700
2001 Park Place North
Birmingham, AL 35203

Henry Lewis Gillis
Thomas, Means, Gillis & Seay, P.C.
400 Financial Center
505 20th Street North
Birmingham, AL 35203

Brandy Murphy Lee
Campbell Waller & Poer LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, AL 35209-1303

Willie Julius Huntley, Jr.
The Huntley Firm PC
P. O. Box 370
Mobile, AL 36601

Robert Jackson Russell, Sr.
Department of Agriculture & Industries
P. O. Box 3336
1445 Federal Drive
Montgomery, AL 36109

Robert F. Childs, Jr.
Rocco Calamusa, Jr.
Wiggins Childs Quinn & Pantanzis, P.C.
301 19th Street North
Birmingham, AL 35203-3204

Roderick Twain Cooks
Winston Cooks, LLC
319 17th Street North
Birmingham, AL 35203

Mai Lan Fogal Isler
Christopher W. Weller
Capell, Howard, Knabe & Cobb, P.A.
P.O. Box 2069
Montgomery, AL 36102-2069

Frank Decalve Marsh
Alabama Department of Industrial Relations
649 Monroe Street
Montgomery, AL 36131

Andrew Weldon Redd
Alabama Department of Transportation
1409 Coliseum Boulevard
Montgomery, AL 36130

/s/ Thomas O. Sinclair
Thomas O. Sinclair