IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ALVA MOORE, et al.,           )
                              )
    Plaintiffs,               )
                              )      CIVIL ACTION NO.
    v.                        )        2:07cv448-MHT
                              )
STATE OF ALABAMA, et al.,     )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 6) is granted.

DONE, this the 23rd day of May, 2007.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE