IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALVA MOORE, et al.,           ) | |
| )  | |
| Plaintiffs,            ) | |
| )  | CIVIL ACTION NO. |
| v.                   ) | 2:07cv448-MHT |
| )  | |
| STATE OF ALABAMA, et al.,  ) | |
| )  | |
| Defendants.           ) | |

## ORDER

It is ORDERED that the motion to withdraw (Doc. No. 7) is granted.

DONE, this the 23rd day of May, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE