**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **ALVA MOORE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:07cv 448 -MHT** |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

COMES NOW Charles W. Reed and Jenifer Champ Wallis of the law firm Campbell, Waller & Poer, LLC, and enters their appearances as additional counsels of record for Defendants in the above-styled cause.

Respectfully Submitted,

/s/ Charles W. Reed, Jr.
Charles W. Reed, Jr. (ASB-4383-D51C)
One of the Attorneys for Defendants
CAMPBELL, WALLER & POER, L.L.C.
2100A SouthBridge Parkway
Suite 450
Birmingham, AL 35209
205- 803-0051 - telephone
205-803-0053 – facsimile
creed@cwp-law.com - email


/s/ Jenifer Champ Wallis
Jennifer Champ Wallis (ASB-1993-R73W)
One of the Attorneys for Defendants
CAMPBELL, WALLER & POER, L.L.C.
2100A SouthBridge Parkway
Suite 450
Birmingham, AL 35209
205- 803-0051 - telephone
205-803-0053 – facsimile
jwallis@cwp-law.com – email

**CERTIFICATE OF SERVICE**

       I hereby certify that I have on June 5, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

**Russell Wayne Adams**
**Rocco Calamusa, Jr.**
**Joseph Hiram Calvin, III**
**Richard Joe Ebbinghouse**
**Alan H. Garber**
**Kimberly C. Page**
**Gregory O'Dell Wiggins**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

**Scott A. Gilliland**
111 9th Street North
Suite 400
Birmingham, AL 35203-3040

**Byron Renard Perkins**
The Cochran Firm
505 North 20th Street
Suite 505
Birmingham, AL 35203

**Margaret L. Fleming**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

**Willie Julius Huntley, Jr.**
The Huntley Firm PC
PO Box 370
Mobile, AL 36601

**Frank Decalve Marsh**
Assistant General Counsel
State of Alabama
Department of Industrial Relations
649 Monroe Street, Room 211
Montgomery, AL 36131

**Roderick Twain Cooks**
Winston Cooks, LLC
319 17th Street North
Birmingham, AL 35203

**James Alan Mendelsohn**
Collins Law Firm
1117 22nd Street South
Birmingham, AL 35205-2813

**William Patton Gray, Jr.**
Gray & Associates LLC
3800 Colonnade Parkway, Suite 545
Birmingham, AL 35243

**Henry Lewis Gillis**
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058

**Mai Lan Fogal Isler**
**Christopher W. Weller**
Capell Howard PC
PO Box 2069
Montgomery, AL 36102-2069

**Andrew Weldon Redd**
Alabama Department of Transportation
Legal Bureau
1409 Coliseum Boulevard
Montgomery, AL 36110

**Sharon E. Ficquette**
Alabama Department of Human Resources
Legal Office
PO Box 304000
Montgomery, AL 36130-4000

**Robert Jackson Russell, Sr.**
Department of Agriculture & Industries
P. O. Box 3336
1445 Federal Drive
81 Watson Circle
Montgomery, AL 36107

**Alice Ann Byrne**
State Personnel Department
64 North Union Street
Folsom Administrative Building
Suite 316
Montgomery, AL 36130

**Aaron Linden Dettling**
Balch & Bingham
PO Box 306
1710 Sixth Avenue, North
Birmingham, AL 35201-0306

**David R. Boyd**
Balch & Bingham
PO Box 78
2 Dexter Avenue
Montgomery, AL 36101-007

**Warren Bricken Lightfoot, Jr.**
**David Michael Smith**
**A. Michelle Clemon**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

**William F. Gardner**
**William Kenneth Thomas**
Cabaniss Johnston Gardner Dumas O'Neal
PO Box 830612
Birmingham, AL 35283-0612

**Patrick Hanlon Sims**
Cabaniss Johnston Gardner Dumas & O'Neal
PO Box 2906
Mobile, AL 36652-2906

**John James Coleman, III**
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

\s\ Jenifer Champ Wallis
OF COUNSEL