IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALVA MOORE, CHARLES CHINAKWE, ) | |
| and CECIL FAGG, ) | |
| ) | Civil Action No.: |
| Plaintiffs, ) | 2-07-cv-448-MHT |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALABAMA, et al. ) | |
| ) | |
| Defendants. ) | |

**PARTIES' PROPOSAL FOR CONSOLIDATION AND SEVERANCE OF
CRUM PLAINTIFFS IN INTERVENTION**

The Court has recently granted the motions to intervene of approximately 32 individuals in the *Crum* litigation. In the orders granting the motions to intervene, the Court also ordered the clerk to set up a separate lawsuit as to each of the motions to intervene. Those motions to intervene sometimes contained multiple plaintiffs and claims against multiple state agencies.

The parties have conferred and agree that for discovery purposes **only,** the claims of plaintiffs involving the same state agencies should be consolidated into single lawsuits and that lawsuits which involve multiple state agencies should be severed into separate lawsuits. The parties do not agree as to the how these cases should be treated for trial purposes and all parties reserve the right to move to further consolidate or sever the cases as circumstances dictate. Defendants specifically believe that these plaintiffs' claims do not share a sufficient identity of interests because the majority of the facts and theories of recovery are distinctly different, will involve different witnesses, cover different time periods, different decision makers, and the possibility of confusion and prejudice to Defendants outweighs any benefit of trying the cases

together. In fact, consolidating these cases for trial will greatly lengthen the process.

Plaintiffs' dispute these contentions concerning the advisability of trying the claims together and assert that if advised every case would be served by trying claims and contentions together, but will reserve argument until such time as instructed by the Court to brief these issues.

This pleading is not intended as a position on class certification issues, either in the individual lawsuits or in the *Crum* litigation.

As to the three plaintiffs currently in this case, the parties propose that the Court enter orders to effectuate the following for discovery purposes only:

| PLAINTIFF | STATE AGENCY[1] | ACTION REQUESTED |
|---|---|---|
| Alva Moore | Dept of Human Resources | Sever from this lawsuit and consolidate with *Mack*, 2:07-cv-465-MHT |
| Charles Chinakwe | Dept of Agriculture and Industry | Sever from this lawsuit and create new lawsuit |
| Cecil Fagg | Dept of Industrial Relations | Sever from this lawsuit and create new lawsuit |

Respectfully submitted,

/s/ Russell W. Adams
Russell W. Adams
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

---

[1]Each plaintiff also has claims against the State Personnel Department.

                                               /s/ Brandy Lee Murphy
                                               Brandy Lee Murphy

CAMPBELL, WALLER & POER, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama 35209
(205) 803-0051


                                               /s/ Alice Ann Byrne
                                               Alice Ann Byrne

State Personnel Department
Third Floor, Suite 316
Folsom Administration Building
64 North Union Street
Montgomery, Alabama 36130
(334) 242-3450