IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| ALVA MOORE, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv448-MHT |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

Upon consideration of the joint proposal for consolidation and severance (doc. no. 13), it is ORDERED that an on-the-record status conference is set for June 21, 2007, at 8:15 a.m.

Counsel for the State of Alabama is to arrange for the conference to be conducted by telephone.

DONE, this the 20th day of June, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE