# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ALVA MOORE, CHARLES CHINAKWE, and CECIL FAGG, ) ) ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | 2-07-cv-448-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| Defendants. | |

## MOTION TO WITHDRAW

William F. Gardner, being deceased on May 15, 2007 and William K. Thomas no longer representing any party in this case, it is requested the William F. Gardner and William K. Thomas be allowed to withdraw as counsel in this case and all related cases.

                                                   */s/ William K. Thomas*
                                                   William K. Thomas (THO066)
                                                   Cabaniss, Johnston, Gardner,
                                                     Dumas & O'Neal LLP
                                                   2001 Park Place North, Suite 700
                                                   Birmingham, Alabama 35203
                                                   Phone: (205) 716-5200
                                                   Fax: (205) 716-5389

e-mail:  wkt@cabaniss.com

2

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **MOTION TO WITHDRAW** has been filed using the CM/ECF system and will be served electronically by the system.

This  20th  day of June, 2007.

／s/ William K. Thomas