IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ALVA MOORE,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | Civil Action No.: 07-CV-448-MHT |
| | * | |
| **ALABAMA DEPARTMENT OF HUMAN RESOURCES, et al.** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, Alva Moore, and dismisses his claims in the above-styled cause without prejudice pursuant to FRCP 41(a)(1)(i), as he no longer wishes to pursue this action and the defendants have not yet filed an answer or a motion for summary judgment.

Respectfully submitted,

/s/ Richard J. Ebbinghouse
Richard J. Ebbinghouse
Attorney for Plaintiff

OF COUNSEL:
**WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed with the court's CM/ECF filing system this 29nd day of October, 2007 and the Clerk of the Court will serve counsel of record electronically:

Alice Ann Byrne
State Personnel Department
64 North Union Street
316 Folsom Administrative Bldg.
Montgomery, AL 36130
AliceAnn.Byrne@personnel.alabama.gov

Warren B. Lightfoot, Jr.
John B. Holmes, III
Abigail H. Avery
Maynard, Cooper & Gayle, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
wlightfoot@maynardcooper.com
jholmes@maynardcooper.com
aavery@maynardcooper.com

Sharon E. Ficquette
Department of Human Resources
Legal Office
P.O. Box 304000
Montgomery, AL 36130-4000
sharon.ficquette@dhr.alabama.gov

/s/ Richard J. Ebbinghouse
OF COUNSEL